UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

In Re: ) Case No. 08-50067-mss
)
HOPKINS, DENNIS L ) Chapter 7
HOPKINS, PATRICIA A )
         Debtor(s). ) Judge: Marilyn Shea-Stonum

FILED 2010 FEB 16 PM 2:41 US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

## REPORT OF DISTRIBUTION

Marc P. Gertz, trustee of the estate of the above-named debtor(s), states that a Final Report has been approved for this estate and the Court has entered an Order for Payment of Fees and Expenses. First Merit Bank returned funds noting the account "paid in full," therefore, a dividend to creditors pursuant to Federal Rule of Bankruptcy Procedure 3009 shall be paid as soon as practicable as follows:

| | |
|---|---:|
| AMOUNT AVAILABLE FOR DISTRIBUTION: | 40.36 |
| SUMMARY OF DISTRIBUTION: | |
| Chapter 7 Administrative Expenses: | 0.00 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Domestic Support Obligations: | 0.00 |
| Priority Claims (507 [a] [4] - [a] [7]): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims: | 40.36 |
| Other: | 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | 40.36 |

/s/ Marc P. Gertz
CASE TRUSTEE: MARC P. GERTZ

2/1/10
DATE

REVIEWED:
DANIEL M. MCDERMOTT
UNITED STATES TRUSTEE
REGION 9

By: /s/Lizette Montanez 02/11/2010

PAYMENT OF GENERAL UNSECURED CLAIMS:
PERCENTAGE OF DIVIDEND IS: 0.0300%

| CL .# | CLAIMANT | AMT OF CLAIM | PAID TO DATE | AMT OF DIV. | TOTAL CLAIM DISBURSED |
|---|---|---|---|---|---|
| 2 | Portfolio Recovery Associates, LLC. | 41,094.46 | 563.75 | 12.62 | 576.37 |
| 3 | Portfolio Recovery Associates, LLC. | 15,375.47 | 210.93 | 4.72* | 215.65 |
| 4 | Portfolio Recovery Associates, LLC | 7,612.40 | 104.43 | 2.33* | 106.76 |
| 5 | American Express Bank FSB | 41,476.32 | 568.98 | 12.74 | 581.72 |
| 6 | FIA Card Svc aka Bank of America | 13,827.48 | 189.69 | 4.24* | 193.93 |
| 9 | First Merit Bank | 12,096.34 | 165.94 | 3.71* | 169.65 |
| TOTAL UNSECURED CLAIMS | | $131,482.47 | $1,803.72 | $40.36 | $1,844.08 |

*Paid to Clerk of Courts pursuant to Rule 3010

$15.00
ck # 1012
receipt # 81277